## KNIGHT v. CANNON MILLS CO.

No. 584P86.

Case below: 82 N.C. App. 453.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## LAUREL PARK VILLAS HOMEOWNERS ASSOC. v. HODGES

No. 506P86.

Case below: 82 N.C. App. 141.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## LEIPHART v. N.C. SCHOOL OF THE ARTS

No. 592P86.

Case below: 80 N.C. App. 339.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.

## McNABB v. TOWN OF BRYSON CITY

No. 535PA86.

Case below: 82 N.C. App. 385.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1986.

## MACE v. N. C. SPINNING MILLS

No. 531P86.

Case below: 81 N.C. App. 669.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.